NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EMILY LAUREN SMITH,                )
DOC #Y48718,                       )
                                   )
      Appellant,                   )
                                   )
v.                                 )    Case No. 2D17-4846
                                   )
STATE OF FLORIDA,                  )
                                   )
      Appellee.                    )
_____ )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for
Charlotte County; John L. Burns,
Acting Circuit Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.